1  BRUCE C. YOUNG, ESQ., Bar #5560
   LITTLER MENDELSON, P.C.
2  3960 Howard Hughes Parkway, Suite 300
   Las Vegas, NV  89169-5937
3  Telephone:    702.862.8800
   Fax No.:      702.862.8811
4
   Attorneys for Defendant,
5  VITAMIN WORLD, INC.

6

7

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10

11 KAREN MEYER,                          Case No. 2:15-cv-01503-JAD-CWH

12                 Plaintiff,
                                         **STIPULATION AND ORDER TO EXTEND
13 vs.                                   TIME FOR DEFENDANT VITAMIN
                                         WORLD, INC. TO ANSWER OR
14 VITAMIN WORLD, INC., a Delaware       OTHERWISE RESPOND TO
   Corporation,                          PLAINTIFF'S COMPLAINT**
15
                   Defendant.            **[FIRST REQUEST]**
16

17

18       Plaintiff KAREN MEYER (hereinafter "Plaintiff") and Defendant VITAMIN WORLD,

19 INC., (hereinafter "Defendant"), by and through their respective counsel of record, hereby stipulate

20 and agree to extend the time for Defendant to answer or otherwise respond to Plaintiff's Complaint,

21 up to and including September 14, 2015.

22       This extension is necessary to provide adequate time for recently retained counsel for

23 Defendant to receive and review necessary information in order to prepare an answer or to otherwise

24 respond to the Complaint. This is the first request for an extension of time to answer or otherwise

25 respond to the Complaint.

26 / / /

27 / / /

28 / / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

The parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

Dated: August 26, 2015

Respectfully submitted,

/s/ Michael P. Balaban, Esq.
MICHAEL P. BALABAN, ESQ.
LAW OFFICES OF MICHAEL P. BALABAN

Attorneys for Plaintiff,
KAREN MEYER

Dated: August 26, 2015

Respectfully submitted,

BRUCE C. YOUNG, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant,
VITAMIN WORLD, INC.

**ORDER**

**IT IS SO ORDERED.**

Dated: August 28, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

Firmwide:135541264.1 067394.1000

2.