# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| KAREN MEYER, | |
| Plaintiff, | 2:15-cv-01503-JAD-CWH |
| vs. | **ORDER** |
| VITAMIN WORLD, INC., | |
| Defendant. | |

Before the court is Defendant Vitamin World, Inc.'s Motion for Exception to Attendance Requirements for Early Neutral Evaluation Session (#18).

IT IS HEREBY ORDERED that any opposition to the Motion for Exception to Attendance Requirements for Early Neutral Evaluation Session (#18) must be filed on or before December 4, 2015.

DATED this 30th day of November, 2015.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE