# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| KAREN MEYER,<br><br>         Plaintiff,<br><br>vs.<br><br>VITAMIN WORLD, INC.,<br><br>         Defendant. | 2:15-cv-01503-JAD-CWH<br><br>**ORDER** |

Before the court is Defendant Vitamin World, Inc.'s Motion for Exception to Attendance Requirements for Early Neutral Evaluation Session (#18).

The time to oppose has passed. To date, no opposition has been filed. Pursuant to LR 7-2 (d), "[t]he failure of an opposing party to file points and authorities in response to any motions shall constitute a consent to the granting of the motion." Here, it would seem that the other parties have consented to the granting of the motion. Defendant has given sufficient reason to grant the motion.

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that Defendant Vitamin World, Inc.'s Motion for Exception to Attendance Requirements for Early Neutral Evaluation Session (#18) is GRANTED. Defendant's insurance representative must be available by telephone for the duration of the ENE session.

DATED this 4th day of December, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE