1    BRUCE C. YOUNG, ESQ., Bar # 5560
     MATTHEW T. CECIL, ESQ., Bar # 9525
2    LITTLER MENDELSON, P.C.
     3960 Howard Hughes Parkway, Suite 300
3    Las Vegas, NV  89169-5937
     Telephone:     702.862.8800
4    Fax No.:       702.862.8811

5    Attorneys for Defendant
     Vitamin World, Inc.

6

7

8                   UNITED STATES DISTRICT COURT

9                     DISTRICT OF NEVADA

10

11    KAREN MEYER,                      Case No. 2:15-cv-01503-JAD-CWH

12             Plaintiff,             **STIPULATION AND ORDER TO DISMISS**
                                        **ENTIRE ACTION WITH PREJUDICE**

13    vs.

14    VITAMIN WORLD, INC., a Delaware
     Corporation,

15

16             Defendant.

17

18          Plaintiff KAREN MEYER and Defendant VITAMIN WORLD, INC., by and through their

19    respective counsel of record, having mutually agreed to resolve this matter, hereby stipulate and

20    respectfully request the Court order that this matter, Case Number 2:15-cv-01503-JAD-CWH, be

21    dismissed with prejudice.

22    / / /

23

24    / / /

25

26    / / /

27

28    / / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: February 9, 2016

Respectfully submitted,

/s/ Michael P. Balaban
MICHAEL P. BALABAN, ESQ.
LAW OFFICES OF MICHAEL P.
BALABAN

Attorneys for Plaintiff
KAREN MEYER

Dated: February 9, 2016

Respectfully submitted,

/s/ Matthew T. Cecil
BRUCE C. YOUNG, ESQ.
MATTHEW T. CECIL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
VITAMIN WORLD, INC

## **ORDER**

Based on the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, each side to bear its own fees and costs.  The Clerk of Court is instructed to close this case.

Dated:  February 9, 2016.

_____
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.